AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARTIN B. LONG, Administrator**
of the Estate of Frederick W. Long, III,

       Plaintiff,

vs.

**TIME INSURANCE CO., et al.,**

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-06-0701
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Opinion and Order filed August 7, 2008, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.


Date: August 7, 2008                              JAMES BONINI, CLERK


                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk